**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **TYSON LOWEN** | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 8:26-cv-00197** |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) |
| **LLC** | ) |
|       **Defendant,** | ) |
| | ) |

---

**NOTICE OF SETTLEMENT**

---

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant herein have reached a settlement agreement that will resolve all claims in this action. Following execution of the agreement, the parties will promptly file a joint stipulation of dismissal. Accordingly, Plaintiff requests that all deadlines and proceedings in this action be stayed pending the execution of the parties' agreement.

Date: February 16, 2026

> **The Law Office of Cortney E. Walters, PLLC**
> 2719 Hollywood Blvd., A-1969
> Hollywood, FL 33020
> /s/ Cortney Walters, Esq.
> CORTNEY WALTERS, Esq
> Florida Bar no. 125159
> Pleadings@cewlawoffice.com
> (954) 874-8022

## CERTIFICATE OF SERVICE

I certify that on February 18, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF and that the participants in the case who are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/Cortney Walters

Cortney Walters, Esq.